IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JULIUS CALHOUN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:21cv9-MHT |
| | ) | (WO) |
| WOW CABLE COMPANY, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## OPINION

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to file an amended complaint as ordered by the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of April, 2022.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE